IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 21-cr-00284-LKG |
| | * | |
| MICHAEL ANTHONY OWEN, JR., | * | |
| DAVION ENRICO PERCY, and | * | |
| JARON EARL TAYLOR, | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*

### PARTIES' JOINT STATUS REPORT

The United States of America, by its undersigned counsel, and with consent of counsel for Defendants Owen, Percy and Taylor and pursuant to this court's April 22, 2024, Order (ECF No. 212), submits this status joint report and requests the following briefing schedule on the Defendant Michael Owen's Motion to Suppress Electronic Evidence (ECF No. 93):

**May 13, 2024: Defense Supplemental Brief on Motion to Suppress Due**
**May 27, 2024: Government Response to Supplemental Brief Due**
**June 3, 2024: Hearing on Motion to Suppress (Court Schedule Permitting)**

The parties request that the court set a scheduling conference call as soon as possible to formally re-set the trial date in this matter as well as establish other preliminary dates.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/   LaShanta Harris
LaShanta Harris
Adam Ake
Assistant United States Attorneys