IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 21-cr-00284-LKG |
| ) | |
| CONRAD DARWIN D'HAITI, *et al.*, ) | Dated: December 18, 2024 |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED PRE-TRIAL SCHEDULING ORDER AS TO DEFENDANTS MICHAEL ANTHONY OWEN, JR., DAVION ENRICO PERCY AND JARON EARL TAYLOR**

On September 10, 2024, the Court issued an Amended Pre-Trial Scheduling Order as to Defendants Owen, Percy, and Taylor in the above-captioned criminal matter, and ordered the parties to file a joint status report with a proposed schedule for the filing of: (1) any additional pretrial motions and motions *in limine*; (2) the joint proposed *voir dire* questions, jury instructions and jury verdict form; and (3) the parties' final exhibit and witness lists. ECF No. 226. On September 30, 2024, the parties filed a joint status report proposing a schedule for pre-trial proceedings. ECF No. 229.

In light of the foregoing, the Court **MODIFIES** the Court's September 10, 2024, Amended Pre-Trial Scheduling Order as to Defendants Owen, Percy, and Taylor (ECF No. 227), as follows:

| | |
|---|---|
| Additional pre-trial motions. | **January 4, 2025** |
| Responses in opposition to pre-trial motions. | **February 7, 2025** |
| Reply briefs. | **February 14, 2025** |
| Hearing on pre-trial motions. | **March 20, 2025 at 9:30 a.m., in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770** |
| Motions *in limine*. | **April 11, 2025** |
| Responses to motions *in limine*. | **April 25, 2025** |

| | |
|---|---|
| Reply briefs. | **May 2, 2025** |
| Hearing on motions *in limine*. | **May 16, 2025 at 10:30 a.m., in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770** |
| Proposed *voir dire* questions; proposed jury instructions; and a proposed jury verdict form. In preparing proposed *voir dire* questions, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **May 23, 2025** |
| Final exhibit lists and witness lists. | **May 30, 2025** |
| Final pre-trial status conference. | **May 30, 2025, at 10:30 a.m., in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770** |
| Jury selection. | **June 2, 2025, at 9:30 a.m., in Courtroom 4B of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770** |
| Jury trial. | **June 3, 2025, at 9:30 a.m., in Courtroom 4B of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770** |

This Scheduling Order shall not be modified absent a showing of good cause. The Government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2