# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 21-cr-00284-LKG-3 |
| MARK ROSS JOHNSON, JR., | ) ) | Dated: September 5, 2025 |
| Defendant. | ) ) ) | |

## ORDER ON DEFENDANT'S MOTION TO SEVER

For the reasons stated during the hearing on Defendant Mark Ross Johnson's motion for severance of defendants in the above-captioned criminal matter, held on September 5, 2025, the Court **DENIES** Defendant Johnson's motion to sever (ECF No. 300).

**IT IS SO ORDERED.**

                                                                                                                       s/ Lydia Kay Griggsby
                                                                                                                       LYDIA KAY GRIGGSBY
                                                                                                                       United States District Judge