

9125 Guilford Road, Suite 108
Columbia, MD 21046
(410) 872-9000

# Report of Findings

Vehicle Fire Evaluation - Day N Night Trucking
Claim Number: 184668694

Rimkus Matter No: 047510453

Prepared For:
Progressive Insurance Company
1616 East Millbrook Road, Ste. 300
Raleigh, NC 27609

Attention:
Ms. Julie Coupe

Digitally signed by: Charles
W Feeley
Date: 2025.08.22 12:15:52 -
05'00'

Charles W. Feeley, IAAI-CFI (V)
Senior Fire Consultant

August 22, 2025

# TABLE OF CONTENTS

I.    Introduction                                                          1

II.   Conclusions                                                           2

III.  Discussion                                                            3

IV.   Basis of Report                                                       7

V.    Attachments                                                           8

    A.    Photographs

    B.    VinLink Record

    C.    National Highway Traffic Safety Administration Recalls

    D.    Curriculum Vitae

Gov't Exhibit 2

## Section I

## INTRODUCTION

Mr. Mark Johnson of Day N Night Trucking, L.L.C., reported that on November 9, 2018, his 2018 Ford F-450 had been stolen and burned.  The vehicle was recovered at 56th Avenue and Eastern Avenue in Fairmount Heights, Maryland.

Rimkus was retained to determine the origin and cause of the fire.  This report was reviewed by David R. Meyers, IAAI-CFI (V), Eastern Region Fire Manager.

Rimkus issued a **Report of Findings** on January 23, 2019.  Subsequent to this report, Progressive Insurance Company requested that Rimkus provide an amended **Report of Findings** to address a clerical error in the basis of report section.  The change will be denoted by italicizing the new entry.

This report was prepared for the exclusive use of Progressive Insurance Company and is not intended for any other purpose. Our report is based on the information available to us at this time, as described in the **Basis of Report**.  The opinions and conclusions herein are based on sufficient facts or data; they are the product of our analysis utilizing reliable, generally accepted principles and methods in our applicable professional field; and they reflect a reliable application of these principles and methods to the facts of this matter. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted. This report was reviewed by David R. Meyers, IAAI-CFI (V), Fire Practice Leader, Senior.

## Section II
## CONCLUSIONS

1. Based on a systematic evaluation of the fire damage, the fire movement and intensity patterns, and the remaining physical evidence, it was determined that the fire originated within the passenger compartment of the vehicle.

2. The area of origin was determined to be the floor in front of the driver's seat.

3. There was no competent ignition source present on the floor in front of the driver's seat or on the driver's seat.

4. While delayering the debris, an odor similar to that of gasoline was detected.

5. An EZ-Flex combustion gas detector, Model EZ40, was used in the area most severely damaged.

6. A positive alert was received.

7. The specific ignition sequence involved the use of an open flame to ignite a combustible liquid.

8. The cause of the fire was determined to be incendiary in nature.

# Section III
## DISCUSSION

The involved vehicle was a 2018 Ford F-450 truck manufactured at Jefferson County, Kentucky, with a VIN 1FT8W4DT5JEB88001. The vehicle information was verified through VinLink.

In order to consider the origin and all possible fire causes, the vehicle was examined from the areas that were the least damaged to those most severely damaged.

Upon the exterior inspection of the vehicle, we observed that the exterior front of the vehicle sustained fire, heat, and smoke damage. The hood had been partially consumed. The left rear corner had been consumed. The headlight assemblies had been consumed. The upper portion of the grill had been consumed.

The exterior left side of the vehicle sustained fire and heat damage. The front fender and driver's side doors had been consumed. The fire and heat damage extended to the left rear side panel. The exterior rear of the vehicle sustained no fire or heat damage. The tailgate was not in place at the time of the inspection.

The exterior right side of the vehicle sustained fire and heat damage. The front fender and passenger side doors had been consumed. The fire and heat damage extended to the right rear side panel. The roof had been consumed. The front windshield had been melted.

There was no fire damage to the undercarriage of the rear of the vehicle. The exhaust system was undamaged by the fire. The rear axle was not leaking or damaged. The undercarriage beneath the engine compartment sustained fire, heat, and smoke damage. The rear tires, wheels, brakes, and brake lines were undamaged by the fire. The front tires had sustained fire and heat damage. The rear cargo area sustained fire and heat damage at the metal storage box. The rear bulkhead of the cargo area sustained fire damage, melting holes.

The engine compartment sustained fire, heat, and smoke damage. The radiator was intact. The upper radiator hose positioned on the left side sustained fire and heat damage. The fan blades had been consumed. The fluid reservoirs in the engine compartment had been consumed. The rubber hoses, brake lines, and fuel lines had

been consumed.  The fuel rail was undamaged by the fire.  The starter sustained fire and heat damage.  The insulation had been consumed from the conductors, which were secure.

The battery positioned on the right side of the engine compartment had fallen onto the suspension components.  The battery had sustained fire and heat damage.  The positive terminal was intact, and the insulation on the positive cable had been consumed toward the front of the engine compartment.  The negative terminal was secure, and the negative cable was securely attached.  The battery positioned in the front left corner of the engine compartment was not present.  The terminal connections were intact, and the insulation of the battery cables had been consumed.

The brake booster had sustained fire and heat damage.  The reservoir had been consumed.  The burn patterns on the left side components were more severe on the side nearest to the bulkhead.  The fuse box positioned on the left side of the engine compartment sustained fire and heat damage.  The fuse box had been consumed.  The insulation of the main conductor to the fuse box had been consumed.  The insulation had been consumed from the conductors of the wiring harness in the left rear corner of the engine compartment.  The two alternators sustained fire and heat damage.  The insulation had been consumed from the conductors.  There was no evidence of adverse electrical activity.

The passenger compartment sustained fire, heat, and smoke damage throughout.  All of the combustible material of the front and rear seats had been consumed.  A stack of paper remained on the rear left seat, charred along the edges.  A stack of paper was present on the front right passenger seat.  The edges had been charred.  A stack of papers remained on the front right passenger floor.  The edges were charred.

The dashboard and glove compartment had been consumed.  The dashboard components had been consumed.  The wiring harness was without insulation on the conductors.  The conductors displayed no evidence of adverse electrical activity.  The steering wheel had been consumed, and the steering column had fallen to the floor.

A combustion gas detector Model EZ40 was used in the area most severely damaged.  A positive alert was received.  Two samples of fire debris from the floor in front of the driver's seat were recovered as evidence.  The samples are being stored at a Rimkus storage facility pending analysis.

Mr. Johnson, the vehicle owner, was interviewed on December 15, 2018, and provided the following information.

- He purchased the vehicle new in 2018.

- He had an overheating issue with the truck.

- The dash would go black after the vehicle would start bucking and sputtering.

- The vehicle would go into limp mode while he was driving.

- He would need to pull off the road and shut the vehicle down.

- After a short period, the vehicle would start and operate properly.

- On one occasion, the vehicle went into limp mode, and even after stopping and shutting the vehicle down, it stayed in limp mode.

- He had to take the vehicle to the shop, where he was advised that they would need to put a recording device in the vehicle.

- The vehicle had been stolen from in front of his residence located at 7510 Castle Rock Drive.

- He was sleeping when the vehicle was stolen.

- The truck had been parked since the Sunday prior to the theft.

- The last time he saw the vehicle was on Tuesday or Wednesday.

**Analysis**

Based on a systematic evaluation of the fire damage, the fire movement and intensity patterns, and the remaining physical evidence, it was determined that the fire originated within the passenger compartment of the vehicle.  The area of origin was determined to be the floor in front of the driver's seat.  There was no competent ignition source present on the floor in front of the driver's seat or on the driver's seat.  While delayering the debris, an odor similar to that of gasoline was detected.  A combustion gas detector Model EZ40 was used in the area most severely damaged.  A positive alert was received.  The specific

ignition sequence involved the use of an open flame to ignite a combustible liquid.  The cause of the fire was determined to be incendiary in nature.

## Section IV
## BASIS OF REPORT

1. An inspection of the 2018 Ford F-450 truck was performed by Charles W. Feeley, IAAI–CFI (V), on December 12, 2018, while it was being stored at Insurance Auto Auctions, located at 8143 Beachwood Road in Dundalk, Maryland.

2. The National Highway Traffic Safety Administration website was reviewed for recall and defect notices (**Attachment C**).

3. Obtained and reviewed the VinLink Report (**Attachment B**).

4. During our investigation, we applied the methodology of fire investigation using the systematic approach as recommended in the current edition of National Fire Protection Association's NFPA 921 – "Guide for Fire and Explosion Investigations" and NFPA 1033 – "Standard for Professional Qualifications for Fire Investigator".

## Section V
## ATTACHMENTS

A. Photographs

B. VinLink Record

C. National Highway Traffic Safety Administration Recalls

D. Curriculum Vitae

Govt Exhibit 2

Section V

ATTACHMENT A

# Photographs

Photographs taken during our inspection, including photographs that were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
A view of the exterior front of the vehicle.



**Photograph 2**
A view of the vehicle hood.



**Photograph 3**
A view of the exterior left side of the involved vehicle.



**Photograph 4**
View of the rear of the involved vehicle.



**Photograph 5**
A view of the exterior right side of the involved vehicle.



**Photograph 6**
A view of the undercarriage at the rear of the vehicle.



**Photograph 7**
A view of the undercarriage beneath the engine compartment.



**Photograph 8**
A view of the rear cargo area.



**Photograph 9**
A view of the cargo area bulkhead.



**Photograph 10**
A view of the engine compartment.



**Photograph 11**
A view of the left side battery.



**Photograph 12**
A view of the alternator.



**Photograph 13**
A view of the right side battery.



**Photograph 14**
A view of the booster.



**Photograph 15**
A view of the remnants of the fuse box and conductors.



**Photograph 16**
A view of the starter.



**Photograph 17**
A view of the directional damage to the upper radiator hose.



**Photograph 18**
A view of the front passenger compartment.



**Photograph 19**
A view of the rear seats.



**Photograph 20**
A view of the stack of papers on the front passenger seat.



**Photograph 21**
A view of paper on the passenger side front floor.



**Photograph 22**
A view of the driver's side front floor.



**Photograph 23**

A view of the combustible gas detector in use.



**Photograph 24**

A view of sample can in area of origin.



**Photograph 25**
A view of the interior of the sample can.



**Photograph 26**
A view of the fire debris in the sample can.



**Photograph 27**
A view of the area where the fire debris was recovered.



## Section V

## ATTACHMENT B

# VinLink Record

Scroll down for more content when viewing on computer monitor.



# Report type:
# BASIC

## VIN: 1FT8W4DT5JEB88001

Copyright © 2005 ESP Data Solutions, Inc. All rights reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. ESP Data Solutions disclaims all warranties as to the accuracy, completeness or adequacy of such information. ESP Data Solutions shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results.

# VIN number: 1FT8W4DT5JEB88001
# DECODED: Ford - F-450 (2018)

| | |
|---|---|
| **Model Year** | 2018 |
| **Make** | Ford |
| **Model** | F-450 |
| **Trim Level** | XL; Platinum; XLT; Lariat; King Ranch |
| **Body Type** | 4 Door Cab; Crew |
| **Cab Size** | Crew Cab |
| **Manufacturer** | Ford Motor Company |
| **Production Seq. Number** | B88001 |
| **Engine Type** | V8, 6.7L; Turbo |
| **Engine Manufacturer** | Ford |
| **Fuel Type** | Diesel |
| **Engine Code** | T |
| **Drive Line Type** | 4WD; Dual Rear Wheels |
| **Vehicle Type** | Pickup Truck |
| **Vehicle Class** | Full-size Pickup |
| **Brake System** | Hydraulic |
| **Restraint System** | Active Belts; Dual Air Bag |
| **Country** | UNITED STATES |
| **Assy. Plant** | Jefferson County, KY |
| **GVWR Class** | Class 3: 10,001-14,000 lb |
| **Tonnage** | 1 1/2 |
| **Check Digit** | 5 |

Govt Exhibit 2

**Section V**

**ATTACHMENT C**

# National Highway Traffic Safety Administration Recalls

Govt Exhibit 2

Emai

## Recalls Results by VIN - Vehicle Identification Number    Print 

**VIN:** 1FT8W4DT5JEB88001

**Year:** 2018   **Make:** FORD   **Model:** F-450

**Number of Open Recalls: 0**

### Additional Safety Information

Besides the VIN search tool you just used, NHTSA offers additional safety information based on a vehicle's make, model, and model year and not tied to any particular VIN. A search by vehicle make, model, and model year gives you access to information about technical service bulletins, NHTSA investigations, and owner complaints, as well as safety recalls on aftermarket equipment that is often not linked to a particular VIN or even to your vehicle's manufacturer.

To search NHTSA's safety information based on your vehicle's make, model, and model year, please go to the Safety Issues section and follow the instructions there.

Recall information for this manufacturer is only available going back to January 01, 1999. If your vehicle was manufactured before this date, please contact the manufacturer for possible additional recall information.

**Enter another VIN here:** 1FT8W4DT5JEB88001

I'm not a robot

reCAPTCHA
Privacy - Terms

**Submit**

Section V

ATTACHMENT D

# Curriculum Vitae





# Charles W. Feeley, IAAI-CFI (V), NAFI-CFEI

Fire Consultant

8310 Guilford Road, Suite B
Columbia, MD 21046

(443) 832-0697

cwfeeley@rimkus.com

## Background

Mr. Charles Feeley is a Certified Fire and Explosion Investigator and Certified Fire Investigator. He is a Licensed Private Investigator in Delaware, New York, Pennsylvania, Virginia, and West Virginia, and holds Certified Asbestos Awareness in Maryland. He was a member of the Baltimore City Fire Department for 35 years where he was involved in many different emergency positions including Firefighter, Lieutenant, Captain, Chief Safety Officer, Battalion Commander, and Division Chief.  Mr. Feeley has completed numerous educational seminars and continuing education courses.

Mr. Feeley investigated over 550 fires in four years as an investigator and in excess of 5,000 fires as an incident commander at fire scenes. He has given expert testimony in civil and criminal court cases. He supervised the Office of the Fire Marshal in Baltimore City.  He also supervised special projects such as the Arson Task Force, the Juvenile Fire Setters program, an educational intervention program, and public education programs.

At Rimkus, Mr. Feeley has conducted over 1750 fire origin and cause determinations that include, but are not limited to, assignments involving residential, commercial, industrial, passenger and commercial vehicles, marine, farm implement/equipment, appliance, and electrical equipment related fires.

Mr. Feeley has been recognized for his achievements by being the recipient of awards that include Distinguished Unit Citation, Meritorious Conduct Award, Exemplary Performance, and Distinguished Service Award.

## Professional Engagements

- **Fire Investigations**
  - Residential properties – Baltimore City, MD, Numerous residential fire investigations.
  - Arson – Baltimore City, MD, Arson with multiple fatalities; worked with ATF.
  - Commercial Warehouse/Manufacturing Structure – Baltimore City, MD, Arson investigation assisted by ATF.
  - Vehicle Arson with Homicide – Baltimore City, MD, Investigated incident with assistance from Baltimore City Police Arson.
  - Physical assault by Arson – Baltimore City, MD, Investigated assault that resulted in a fatality, assisted by Baltimore City Police Arson.

RIMKUS

## Forensic Engagements

- **Vehicle Investigations**
  - Varied Locations, Investigated all types of trucks including multiple freightliners, Peterbilt, motor coaches, and recreational vehicles due to running flats, bearing failures, electrical issues, regeneration systems, etc.
  - Varied Locations, Investigated all makes and models of passenger vehicles due to fuel leaks, oil leaks, electrical failures, and recall work arsons.
  - Pennsylvania, Mining equipment evaluation.
  - Caroline County, MD, Farming equipment assessment.

- **Commercial and Residential**
  - Frederick County, MD, Research facility investigation of cause and origin.
  - Anne Arundel County and Baltimore County, MD, Several hotel fire cause and origin assessments.
  - Montgomery County, Prince Georges County, MD, Apartment fires in multiple units.
  - Varied locations, Commercial buildings including restaurants, pharmacies, car dealerships, convenience stores, and ice skating rinks.
  - Montgomery County, MD, Investigated fire cause and origin in 100 condominiums.
  - Varied locations, Equipment fires including refrigerators, furnaces, water coolers, air conditioners, gas and electric ranges, microwave ovens, generators, washers, dryers, and dehumidifiers.

## Professional Experience

- **Rimkus**                                                                      **2006 – Present**
  - Fire Consultant
    Investigates fire and explosion causation in commercial and residential facilities, watercraft, automobiles, and heavy equipment. Investigates fires originating from appliances and other electrical devices and performs arson investigations.

- **Baltimore City Fire Department**                                              **1970 – 2006**
  - Division Chief – Office of the Fire Marshal
    Responsible for the investigation of fire fatality incidents, church fires, and multiple alarms of fire, and supervised the origin and cause efforts of the department. Supervised the efforts for combating the act of arson and programs that led to effective prosecution. Liaison between the Baltimore City Fire Department, Baltimore City Police Department, ATF, and States Attorney's office.

  - Fire Suppression Officer
    Responsible for suppression activities of Fire Department personnel and equipment. Responsible for determining the origin and cause of fires during emergency responses in excess of five thousand incidents.

  - Captain Fire Investigation
    Investigated over 550 fires as the lead investigator in Baltimore City. These fires included commercial and residential facilities, automobiles, watercraft, and heavy equipment. Investigations of cases were conducted from initial investigation through the prosecution process.

## Education and Certifications

- **Certified Fire and Explosion Investigator:** National Association of Fire Arson Investigators
- **Certified Fire Investigator:** International Association of Arson Investigators
- **Licensed Private Investigator:** Delaware, New York, Pennsylvania, Virginia and West Virginia

RIMKUS

- **Certified Asbestos Awareness:** Maryland

## Continuing Education

- **Training Seminars:** National Fire Academy; National Nuclear Security Administration; U.S. Dept. of Justice, New Mexico Tech.; Department of Homeland Security; U.S. Dept. of Justice, Anniston AL.