| | |
|---|---|
| **From:** | Baldwin, Joseph (USAMD) |
| **To:** | brianmac1911@aol.com |
| **Subject:** | FW: [encrypt]US v. Mark Johnson, Crim. No. LKG-21-284: Resending of Expert Disclosure |
| **Date:** | Friday, August 22, 2025 5:37:59 PM |
| **Attachments:** | Letter re expert notice.pdf |
| | Feeley Arson Report.pdf |
| | Final Report 18-0067582 F-450 Police Report.pdf |
| | Final Report 19-0139269-001 Dupree Fraud.pdf |
| | Final Report 19-0035264 Tyler Fraud.pdf |
| | Final Report LInX Audit - MRJOHNSON.pdf |
| | TestimonyReport_FEELEY, CHARLES W._17082025.pdf |
| | RPT47510453-8-22-2025.pdf |

Dear Mr. McDaniel,

Please see below and attached. I received a bounce back from your account below.

Regards,

Joe Baldwin

---

**From:** Baldwin, Joseph (USAMD)
**Sent:** Friday, August 22, 2025 5:25 PM
**To:** bkmassociates@aol.com
**Cc:** Harris, LaShanta (USAMD) <LaShanta.Harris@usdoj.gov>; joseph@wrightesq.com
**Subject:** [encrypt]US v. Mark Johnson, Crim. No. LKG-21-284: Resending of Expert Disclosure

Dear Mr. McDaniel,

Please find attached expert disclosures previously made to former defense counsel on Thursday, December 8, 2022, prior to the then-scheduled February 2023 trial.

You will see that the Government previously identified Charles Feeley as an arson expert and Sgt Brendan Gill as an expert on the Prince George's County Record Management System.

1. Charles Feeley will testify at trial. His CV is included in the "Feeley Arson Report." Note that a revised version of Mr. Feeley's report is attached (RPT47510453-8-22-2025) that corrects an error at Section IV, Paragraph 1 of the original report (a holdover paragraph from a report in a different matter) discovered recently. A list of Mr. Feeley's prior court testimony is also attached.

2. Sgt Gill is no longer in his position with the Prince George's County Police Department and will not be testifying at trial. However, Sgt Tanner Fellrath was the actual reviewer on the relevant reports (see attached) and now holds Sgt. Gill's former position. Accordingly, Sgt. Fellrath will be testifying at trial regarding the Record Management System checks. Please note that the noticing of Sgt. Fellrath as an expert is out of an abundance of caution—his testimony will consist of factual information related to database queries.

Please do not hesitate to call if you have any questions.

Best regards,

Joe Baldwin

Joseph Baldwin

Assistant U.S. Attorney

U.S. Attorney's Office

District of Maryland (Greenbelt)

301-344-4238 (direct)

667-425-7550 (mobile)

Joseph.Baldwin@usdoj.gov