| | |
|---|---|
| **From:** | Baldwin, Joseph (USAMD) |
| **To:** | bkmassociates@aol.com; joseph@wrightesq.com |
| **Cc:** | Harris, LaShanta (USAMD) |
| **Subject:** | US v. Dupree/Johnson: Opening Slides and Info Related to Witness |
| **Date:** | Wednesday, September 10, 2025 8:17:50 AM |
| **Attachments:** | 9.10.2025 Govt Opening Statement.pptx |
| | Serial 201 FBI 302 Julie Coupe 11.4.2022.pdf |

Dear Counsel,

Please find attached revised opening slides. Please let me know if you have any issues or objections.

Also attached please find an FBI 302 documenting an interview with Julie Coupe who will testify today. I discovered this morning it was mistakenly omitted from a prior production.

Best regards,

Joe

Joseph Baldwin

Assistant U.S. Attorney

U.S. Attorney's Office

District of Maryland (Greenbelt)

301-344-4238 (direct)

667-425-7550 (mobile)

Joseph.Baldwin@usdoj.gov