FD-302 (Rev. 5-8-10)

Govt. Exhibit 5



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   11/14/2022

    On 11/4/2022, Julie Coupe (Coupe), Fire and Theft Investigator for Progressive Insurance, cell phone 440-566-4971, email jcoupe1@progressive.com, was telephonically interviewed. After being informed of the identity of the interviewing agent and the purpose of the interview, Coupe voluntarily provided the following information:

    Coupe reviewed the letter from Progressive to Mark Johnson (Johnson) dated 8/8/2018, which explained a change in the insurance coverage for the insurance policy related to Day N Night Trucking LLC. This change resulted in a $6,050 decrease to the policy premium. The policy change effective date is listed as 7/17/2018. Coupe explained the decrease in the insurance coverage may have been the result of a change in the driving record of a covered driver. Coupe observed only Mark Johnson was listed as a "Rated Driver" for this insurance policy. If a covered driver was removed from this policy, that individual would have likely been identified in one of the policy documents.

    On 11/4/2022, Coupe forwarded two emails she received from Mark Johnson in response to Johnson's insurance claim number 184668694. These emails were placed to the 1A section of the case file.

**UNCLASSIFIED//FOUO**

| | | | | |
|---|---|---|---|---|
| Investigation on | 11/04/2022 | at | Baltimore, Maryland, United States (Phone) | |
| File # | 194C-BA-3249581 | | Date drafted | 11/09/2022 |
| by | Zimmerman, Mark E | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.