# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 21-cr-00284-LKG |
| ) | |
| PHILIP JAMES DUPREE and MARK ) | Dated: September 18, 2025 |
| ROSS JOHNSON, JR., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

For the reasons stated during the hearing on the Defendants' motion to dismiss the Third Superseding Indictment in the above-captioned criminal matter, held on September 18, 2025, the Court **DENIES** the Defendants' motion (ECF No. 321).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge